UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES M. PORTER,

          Plaintiff,

-vs-                                  Case No. 6:05-cv-360-Orl-28KRS

VOLUSIA COUNTY CORRECTIONS,
OFFICER BENNETT, SGT. EDWARDS,

          Defendants.

## ORDER

This case is before the Court on Motion for Leave to Proceed In Forma Pauperis (Doc. No. 2) filed March 8, 2005. The United States Magistrate Judge has submitted a report recommending that the Complaint be dismissed without prejudice and the Motion to Proceed In Forma Pauperis be denied as moot.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation filed May 6, 2005 (Doc. No. 5) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Complaint (Doc. No. 1) is **DISMISSED** without prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e).

    3.    The Motion to Proceed In Forma Pauperis (Doc. No. 2) is **DENIED as moot**.

    4.    Plaintiff may file an Amended Compliant within eleven (11) days from the date of entry of this Order.   Plaintiff may renew his Motion to Proceed In Forma Pauperis if he files an Amended Complaint.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __25__ day of May, 2005.

                                                              JOHN ANTOON II
                                                              United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party